(111 So. 925)

Tom McGOUGH v. STATE.   (6 Div. 151.)
(Court of Appeals of Alabama.   Jan. 11, 1927.)

Ernest Lacy, Judge. Gray & Powell, of Jasper, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.